**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 06, 2026

Mr. Larry Richardson
St. Louis Correctional Facility
8585 N. Croswell Road
St. Louis, MI 48880

    Re:  Case No. 25-1867, *Larry Richardson v. Nathan Falk*
         Originating Case No. 2:23-cv-10488

Dear Mr. Richardson,

    This Court received your letter requesting a copy of the appellee brief. A copy of the appellee brief should be obtained through your attorney.  The Court's fee for providing copies is 50 cents per page and the page count for each item filed is listed directly below the thumbnail for each document on the enclosed docket sheet.

    If you would like a copy of a particular item, please send a written request explaining which document(s) you would like, along with a check or money order in the appropriate amount, made payable to "Clerk, U.S. Court of Appeals."

                         Sincerely yours,

                         s/Kelly Stephens, Clerk

                         Appeal Case Manager: Gretchen
                         Direct Dial No. 513-564-7018

cc: Mr. Lars H. Kivari
    Mr. Bryan David Lammon
    Mr. Samuel Weiss

Enclosure – Docket Sheet