**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  June 8, 2026

Mr. Lars H. Kivari
Office of the Attorney General of Michigan
P.O. Box 30217, 4th Floor
Lansing, MI 48909

Mr. Bryan David Lammon
Final Decisions
8401 Maryland Drive
Suite 8197
Richmond, VA 23294

     Re:  Case No. 25-1867
         *Larry Richardson v. Nathan Falk*
         Originating Case No. 2:23-cv-10488

Dear Counsel:

   This letter serves as a correction to the information presented in the *Oral Argument Letter* dated April 10, 2014.  **The starting time for oral argument has been changed from 9:00 a.m. to 8:30 a.m. (Eastern Time) on Wednesday, July 29, 2026.**

               Sincerely yours,

               s/Karen S. Fultz
               Calendar Deputy

cc: Mr. Samuel Weiss