# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 25-1867

2. Case Caption (Short Title): Larry Richardson v Nathan Falk

                                   (time)                (day, date)

3. Argument is scheduled for 8:30 am on Wednesday, July 29, 2026 and will be held:

    [✓] Live (In Person)      [ ] by Video      [ ] by Telephone

4. I, Lars Kivari , will be presenting argument on behalf of:

    [✓] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):

    [ ] Appellee / Respondent    [ ] Intervenor    _____

If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

> Nathan Falk

6. Minutes reserved for rebuttal (appellant / petitioner only): 3 (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

A. Number of attorneys sharing time: 1

B. Total number of minutes (in whole minutes only) to be shared: 12

C. Your arguing sequence (e.g., 1st, 2nd, etc.): n/a

D. Your assigned minutes (in whole minutes only): 15

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

Updated 4/3/24