**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988

KELLY L. STEPHENS
CLERK

TELEPHONE
(513) 564-7000

August 6, 2026

Larry Richardson #361621
St. Louis Correctional Facility
8585 N. Croswell Road
St. Louis, MI  48880

RE: Correspondence Received August 3, 2026;
No. 25-1867, *Larry Richardson v. Nathan Falk*

Dear Mr. Richardson:

On August 3, 2026, this office received from you written correspondence related to the above case.  Your correspondence will be noted on the docket as such.  However, no further action will be taken.  You are represented by counsel, and all relief should be sought through counsel.

When the court issues its written decision in your case, your attorneys will be notified in writing.  Per your request, please find a docket sheet enclosed.

Sincerely,

/s/Alicia Harden
Chief Legal Advisor

Enc.