**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  August 06, 2026

Mr. Lars H. Kivari
Office of the Attorney General
of Michigan
P.O. Box 30217
4th Floor
Lansing, MI 48909

Mr. Bryan David Lammon
Final Decisions
8401 Maryland Drive
Suite 8197
Richmond, VA 23294

Mr. Samuel Weiss
Rights Behind Bars
1800 M. Street, N.W.
Front 1 Suite 33821
Washington, DC 20033

 Re:  Case No. 25-1867, *Larry Richardson v. Nathan Falk*
   Originating Case No. 2:23-cv-10488

Dear Counsel,

 The court today announced its decision in the above-styled case.

 Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

      Yours very truly,

      Kelly L. Stephens, Clerk

      Cathryn Lovely
      Deputy Clerk

cc: Ms. Kinikia D. Essix

Enclosures

Mandate to issue.