**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 28, 2026

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 25-1867
*Larry Richardson v. Nathan Falk*
Originating Case No. 2:23-cv-10488

Dear Ms. Essix:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia Elder, Senior Case Administrator
For Appeal Case Manager: Gretchen

cc: Mr. Lars H. Kivari
Mr. Bryan David Lammon
Mr. Samuel Weiss

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 25-1867

---

Filed: August 28, 2026

LARRY RICHARDSON

Plaintiff - Appellee

v.

NATHAN FALK

Defendant - Appellant

MANDATE

Pursuant to the court's disposition that was filed 08/06/2026 the mandate for this case hereby issues today.

COSTS: None